IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN HOLLAND,

            Appellant,

v.

STATE OF FLORIDA,

            Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0134

Opinion filed July 2, 2014.

An appeal from the Circuit Court for Escambia County.
Ross Goodman, Judge.

John Holland, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Lauren L. Brudnicki, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.